IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERESSA S. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3085 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | **ORDER** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on Plaintiff's motion for extension of time to file brief (filing 12). The motion shall be granted.

IT IS ORDERED:

1. Plaintiff's brief shall be filed on or before Monday, January 11, 2010.

2. Defendant's brief shall be filed on or before Thursday, February 11, 2010.

3. Plaintiff's reply brief shall be filed on or before Thursday, February 25, 2010.

4. This case shall be ripe for decision on February 26, 2010.

December 14, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge